# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| CENT. IOWA POWER COOP., | |
|     Plaintiff, | No. 06-CV-0053-LRR |
| vs. | |
| MIDWEST INDEP. TRANSMISSION SYS. OPERATOR, INC.; RESALE POWER GROUP OF IOWA; AFTON, IA; AMANA SOC'Y SERV. CO.; AMANA, IA; ANITA MUN. UTILS.; ANITA, IA; COGGON MUN. LIGHT PLANT; COGGON, IA; DYSART, IA; FARMERS ELEC. COOP.; FRYTOWN, IA; GRAND JUNCTION MUN. LIGHT PLANT; GRAND JUNCTION, IA; HOPKINTON MUN. UTIL.; HOPKINTON, IA; LAPORTE CITY UTILS.; LAPORTE CITY, IA; LONG GROVE, IA; MAQUOKETA, IA; NEW LONDON MUN. UTILS.; NEW LONDON, IA; OGDEN MUN. UTILS.; OGDEN, IA; PRESTON, IA; STANHOPE, IA; STATE CTR., IA; STORY CITY MUN. ELEC. UTILS.; STORY CITY, IA; STRAWBERRY POINT UTILS.; STRAWBERRY POINT, IA; TIPTON, IA; TRAER MUN. UTILS.; TRAER, IA; VINTON MUN. ELEC. UTIL.; VINTON, IA; and WEST LIBERTY, IA, | **ORDER** |
|     Defendants. | |

_____

The matter before the court is the parties joint request for rule 16 scheduling conference (docket no. 37). The parties filed such request on April 23, 2007. In light of the court's conclusion regarding the defendants' motion to dismiss, the request for rule 16 scheduling conference (docket no. 37) is denied as moot.

**IT IS SO ORDERED**.

**DATED** this 18th day of September, 2007.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

2

Case 1:06-cv-00053-LRR    Document 41    Filed 09/18/07    Page 2 of 2